AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID AUTEBERRY, a/k/a "TONY MARTIN"<br><br>*Defendant(s)* | Case No.<br>14-MJ-7008 |

FILED
MAY 02 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 11, 2014 and continuing   in the county of   Champaign   in the
  Central   District of   Illinois  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

s/Harvey H. Petry

*Complainant's signature*

Harvey Pettry, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

s/Harold A. Baker

Date:   05/02/2014

*Judge's signature*

City and state:   Urbana, Illinois                HAROLD A. BAKER, United States District Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF

I, Harvey Pettry, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a criminal complaint and arrest warrant for DAVID E. AUTEBERRY (hereafter "AUTEBERRY"). As will be shown below, there is probable cause to believe that ATKINS possessed, received, and produced visual depictions of minors engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) ("child pornography") in violation of Title 18, United States Code, Sections 2251 and 2252.

2.      I am a Federal Bureau of Investigation (FBI) Special Agent and have been employed by the FBI for approximately 10 years. I am a United States citizen and resident of the State of Illinois and have been involved in law enforcement for nearly 10 years. As part of my daily duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, coercion and enticement of minors, in violation of Title 18, United States Code, Section § 2422. I have received training in the area of child pornography and child sexual exploitation, and I have had the opportunity to observe and review examples of child pornography

(as defined in 18 U.S.C. § 2256)[1] in all forms of media including computer media. I have also been involved with investigations involving Internet/computer crimes and have been involved in the execution of numerous search warrants which involved child exploitation and/or child pornography offenses.

3. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that David E. AUTEBERRY a.k.a. "Tony Martin" (hereinafter Martin) has violated Title 18, United States Code, Sections 2251, 2252, and 2422 (relating to sexual exploitation of minors, child pornography offenses,

---

[1] "Child Pornography means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct." 18 U.S.C § 2256(8).

2

and coercion and enticement of minors). The investigation in this case has led to an individual, AUTEBERRY, who has received and possessed images of child pornography in addition to sending partially nude photographs of himself (an adult male) to two juvenile females, identified in this document only by their initials "AB" and "LS" (hereinafter AB and LS). Throughout these relationships, AUTEBERRY and AB and LS have been in contact via Facebook.

## PROBABLE CAUSE

5.     On January 30, 2014, AB's mother, "NB" (herein after NB[2]), informed law enforcement her daughter, AB was communicating with a male AB knew as "Tony Martin." NB indicated after Martin and AB spoke for awhile, the discussion became sexual. Investigators spoke with AB and she indicated she had sent several nude photos of herself to Martin and received several nude photos of Martin in return, with his face cropped. AB indicated she primarily accessed her Facebook[3] account from her cellular telephone. AB also indicated Martin had requested she meet him in order to have sex. AB provided other information and agreed to assist law enforcement in identifying

---

[2] Although NB is an adult, identifying her by name would in effect, reveal the identity of AB, a juvenile. For that reason, NB's identity is being withheld and only the initials are used.

[3] Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

Martin. AB provided Consent to Search her cellular telephone and Facebook account. Law enforcement obtained copies of her Facebook communications with Martin.

6. On March 6, 2014, I interviewed NB and AB. Both confirmed the information provided on January 30, 2014.

7. Beginning on March 3, 2014, I began reviewing the Facebook chats, between Martin and AB. During the chats, Martin and AB discussed how they met online on Facebook in January 2014. Martin and AB began sharing information concerning themselves. In a chat dated Monday, January 20, 2014, 5:46 CST, Martin asked AB "you ever been with a guy." I know based on my training and experience, Martin is asking AB if she has ever had a sexual relationship. AB asked how and Martin said "in bed." AB indicated she was not interested. In a chat dated Monday, January 20, 2014, at approximately 5:49 PM, AB tells Martin she is only 16 years of age. Martin responded "young girls are good." Martin then asked if AB wanted to "se what u could be getting." Based on my training and experience, I believe Martin is asking AB if she would like to see a picture of his penis. In subsequent chats, Martin continued to ask sexual questions of AB, asking whether she was a virgin and if she masturbated. AB later asked how old Martin was and he indicated he was 18. At other times Martin indicated he was not very old. Martin also asked AB to send him naked pictures of her and if she would like a naked picture of him. During some of Martin's messages, he stated he likes the pictures AB sent him.

8. I viewed the chats between Martin and AB and observed AB sent Martin a picture of her bare breasts and a lewd image of her vagina.

9. In subsequent chats, Martin describes the sexual acts he would like to engage in with AB. He asks "are u fingering ur pussy now?" He asks her about lingerie she is wearing. Martin asks for AB's assistance while he masturbates. Martin also asks AB for other naked pictures of her and asks about clothes she is wearing. Several times, Martin mentions obtaining lotion to use and references masturbating. He mentions the need to masturbate repeatedly, saying he was "gonna cum soon baby" or "damn hunni I'm gonna cum soon and go to bed."

10. Similar chats continue for several days between Martin and AB. In interviews, investigators learned during this time, AB told her sister of the chats between AB and Martin. Later, AB's sister told their mother, NB, about Martin and the communications between AB and with Martin. NB then sent a Facebook message to Martin telling him to not contact her daughter any further. Martin indicated there was nothing she could do to him.

11. Martin then became angry with AB and began threatening to release the naked photos AB sent him. Martin told AB her face is recognizable and her friends will see the pictures. Martin indicated he will tell the police AB claimed she was molested by a family friend. AB begged him to not tell anyone of her statements concerning the prior incident with the family friend. AB indicated that in February 2014, Martin continued to contact her via Facebook, but she did not respond.

12. During this exchange, Martin sent pictures previously provided by AB back to AB, implying he kept photos provided by AB. Martin indicated he was placing the photos on his Facebook timeline. Martin indicated another friend of AB's, LR might like to see the photos and stated AB's face is recognizable. AB pleaded with Martin not to post the photos.

13. In chats between Martin and AB, Martin discusses the names and identities of AB's friends, (all females of the same approximate age as AB).

14. During AB's interview, she stated Martin may have contacted a friend of hers via Facebook, who goes by the initials FB. FB is a sixth grade student at a school near AB's. In reviewing Facebook chats, Martin identified the female juvenile by first name.

15. In March 2014, Facebook responded to an administrative subpoena, requesting information for tony.martin.1675@facebook.com, email address Cajun_420_68@yahoo.com, Subscriber Tony Martin, and Facebook ID 1000007200048580. Facebook confirmed the above information and indicated the account was registered on May 20, 2010. The records provided several logins with IP address information attached. On February 11, 2014, at 6:33:33 UTC (Coordinated Universal Time), the IP address was 65.73.10.72. The same IP address was used two other times on the same date; seven times on February 10, 2014. The IP address was found to be registered to Frontier Communications.

16. FBI issued an administrative subpoena which was delivered to Frontier Communications and a response was received in March 2014. Frontier indicated on the dates referenced above, the IP address was registered to an individual who lived on the 400 block of South Elm Street in Villa Grove, Illinois.

17. Subpoena records received from Facebook also indicated IP address 50.40.111.29 was used to access the account. Between February 8, 2014 and February 10, 2014, that IP address was used 23 times to access the account. FBI determined this IP address is registered to Frontier and issued an administrative subpoena for subscriber information.

18. On approximately March 7, 2014, Frontier responded to the subpoena request, providing the same identifying information for Douglas Rash.

19. Records from Facebook indicated between early January and early February, 2014, "Tony Martin" used IP address 173.25.88.125, to access his Facebook account over 50 times. The IP address was found to be registered to Mediacom and a subpoena was issued to Mediacom.

20. Mediacom responded to the subpoena and indicated the IP address was registered to another individual that they identified as the "MANAGER'S APARTMENT" at an address on the 600 block of East Springfield Road in Arcola, Illinois. This location is a Knight's Inn motel in Arcola, Illinois.

21. On April 15, 2014, I received results of a search warrant served on Facebook, for "tony.martin.1675, Facebook ID 10000720048580. The returns indicate

Martin is communicating with other juveniles, including a female juvenile identified as LS. I began reviewing chat sessions between Martin and LS.

22. Martin and LS began chatting on February 1, 2014. Martin attempted to chat with LS several times, before she responded to his requests. After exchanging approximately five to ten messages, Martin asked how old LS was and she later responded she was 16. LS asked how old Martin was and Martin never responded.

23. LS and Martin continued chatting, exchanging personal information and talking about their backgrounds. After exchanging messages for approximately 30 minutes, Martin began asking LS questions of a sexual nature. Martin asks if LS is "into stuff" and later LS responds that she doesn't know Martin well enough and not sure if she wanted to share such information with him. Martin then began asking LS for pictures of her. LS refused, saying she didn't know how old Martin was; Martin later responds that he was 18 years of age. LS then admits to doing "stuff with guys." Based on my training and experience, I know LS means sexual relationships with males. LS later sends Martin a picture of her face and Martin comments on her appearance. Martin later asks for "nikie" pictures, LS asks what Martin means, and Martin later responds "nakie." Based on my training and experience and review of Martin's chats, Martin is asking LS for naked pictures of herself. LS responds she barely knows Martin and refuses his request.

24. Martin and LS continue chatting and LS sends several photos of herself, fully clothed. During chats, Martin invites LS to come to his home. During one chat,

8

Martin asks if LS shaves "ur lil pussy" and LS responds that is none of Martins' business. On February 16, 2014, at approximately 18:00:41 UTC, Martin asked LS, "rub ur clit" and LS responded "omg" and refused.

25. Their chats continue and Martin discusses masturbating and asks if it excites LS to know he is "stroking my cock looking at you baby" and LS responds "sure." Their chats continue on, discussing personal lives, sexual jokes, and other information. Martin continues asking sexual questions and asking LS for naked pictures.

26. On February 17, 2014, Martin has continued asking LS for naked pictures of her. LS sends Martin of a picture her panties and Martin asks for a picture of where they came from. LS asks "really" and Martin says "yes." LS then asks "u sure" and LS then sends a lewd partial picture of her vagina. Martin responds "omg" and "love it." Martin continues to ask for more pics and asks LS to insert a finger into her vagina. LS sends Martin another lewd picture, inserting a finger into her vagina.

27. LS and Martin continue chatting and LS sends Martin a picture of her bare buttocks and another picture of her vagina. Martin later sends LS a picture of an adult male's erect penis.

28. The Facebook results indicate other users Martin is in contact with. For example, Martin has sent numerous messages to 12 year old minor FB. In the messages with FB, Martin sends a picture of an adult male's penis. Martin asks FB for nude pictures of herself, but she was unable to complete his request, stating that she didn't

know how. Martin suggests that she ask AB to help her send pictures to him. FB is the same female juvenile referenced in paragraph 15.

29. On April 10, 2014, Yahoo responded to an administrative subpoena requesting subscriber information and login sessions to the email account associated with Martin's Facebook account, Cajun_420_68@yahoo.com. This account was created on June 20, 2005 at 16:24:56 GMT (Greenwich Mean Time) using the IP address 128.174.94.68. The IP address 128.174.94.68 belongs to the University of Illinois at Urbana/Champaign, however they do not retain records detailing the user of this account from 2005. The name listed for this account is "Mr. Dale Stevens" and the city listed is "Champaign, IL." This is user generated information and not verified by Yahoo.

30. The alternative email address for Cajun_420_68@yahoo.com is listed as jennifer_cain_68@yahoo.com. On April 24, 2014, Yahoo responded to an administrative subpoena requesting subscriber information and login sessions. The name on the account is "Ms. jennifer cain" and the city is listed as "Villa Grove, IL 61956." The alternative email for this account is "dauteber@uiuc.edu."

31. On May 1, 2014, University of Illinois responded to an administrative subpoena confirming that the account dauteber@uiuc.edu belongs to a University of Illinois employee, David E. AUTEBERRY.

32. On April 23, 2014, I spoke with the manager at the Knight's Inn located on the 600 block of East Springfield in Arcola, Illinois. I viewed the registration

information for recent guests of the hotel. I noted that David Auteberry is a current guest of the hotel residing in Room #102 and has been since about March 3, 2014. I noted a black 1998 Chevrolet (4-door), Illinois tag# P849165 parked near Room #102 that registered to David Auteberry.

33. Based on the search warrant information received from Facebook, I noted a pattern of activity for Martin's account, as follows:

   a. From February 17, 2014 through February 20, 2014, Martin used the IP address 65.73.10.72, which belongs to Frontier Communications. In response to an administrative subpoena Frontier indicated that this IP address was assigned to an individual on the 400 block of Elm Street, in Villa Grove, Illinois.

   b. From February 21, 2014 to March 2, 2014, Martin used the IP address 50.40.70.87, which also belongs to Frontier Communications. Again, in response to an administrative subpoena Frontier indicated that this IP address was assigned to an individual on the 400 block of Elm Street, in Villa Grove, Illinois.

   c. However, from March 3, 2014 to April 4, 2014, Martin used IP address 173.25.88.125, which belongs to Mediacom and is assigned to the Knight's Inn located at 640 East Springfield in Arcola, Illinois.

34. University of Illinois Police Department confirmed that David Auteberry was an employee of the University in Champaign/Urbana from at least 1985 and

11

remains employed with the University currently. He is 54 years old and his residence is listed as being on the 300 block of E. Lincoln Avenue in Villa Grove, Illinois which is the same as the address listed on AUTEBERRY'S driver's license.

35. Based on my physical surveillance of the residence on the 300 block of E. Lincoln Ave, in Villa Grove, Illinois this location is less than 100 yards from the individual's residence located on the 400 block of Elm Street, Villa Grove, Illinois. I know based on my training and experience that if this individual did not secure his wireless internet connection, residences within a short proximity of his home would be able to use his internet access and the IP address would be the same.

36. On April 25, 2014, United States Magistrate Judge David G. Bernthal authorized the search of AUTEBERRY's residence (Room #102 at the Knight's Inn in Arcola) and his vehicle. On May 1, 2014, I, along with other FBI agents and law enforcement officers execute these warrants.

37. AUTEBERRY was present and agreed to speak with the agents. AUTEBERRY stated he started residing at the Knight's Inn in approximately October 2013 after his house in Villa Grove sustained flood damage. At first he stayed at the hotel periodically, splitting time between his house in Villa Grove and the hotel. However, he stayed at the hotel on a continuous basis for all of April 2014. AUTEBERRY further stated he believes he stayed at the hotel for all of March 2014 as well.

38. When asked about any e-mail addresses he uses, AUTEBERRY provided the following: david_61851@yahoo.com, dauteber@uiuc.edu, jennifer_cain_68@yahoo.com and cajun_420_68@yahoo.com. When asked about any Facebook account he uses, AUTEBERRY stated he set up accounts under his true name (David Auteberry) as well as a fake name (Tony Martin). The Tony Martin account is no longer active, but he does not know how or why it was deactivated.

39. AUTEBERRY admitted to having sexually explicit chat conversations with female minors and receiving sexually explicit photographs from female minors on his Tony Martin account via Facebook. He also admitted to sending sexually explicit photographs of young males to female minors on his Tony Martin account, in order to make the female minors think he was a young man. AUTEBERRY initially stated he pretended to be a young man on his Tony Martin account because he was a "bored old man," but eventually admitted to being sexually aroused by the chat conversations with the female minors as well as the sexually explicit photographs he received from them.

40. AUTEBERRY stated he should not have had sexually explicit chats with female minors, nor should he have asked them to send him sexually explicit photographs of themselves. AUTEBERRY stated several times "I'm sorry" and "I'll do my time."

41. Agents located one Toshiba laptop (serial number 27199214K), one Casio cell phone (serial number CVJZ0496915) and one Pantech cell phone (serial number 114600830112) during the search. The Toshiba laptop and one of the mobile devices was

13

actively running the online social networking program, Facebook. AUTEBERRY confirmed that these devices belonged to him.

42. Computer Forensic Examiner, William O'Sullivan conducted an on-scene computer forensic preview and noted numerous images of young girls and women who are likely between the ages of 14 and 30 engaged in sexually explicit conduct saved on AUTEBERRY's devices. In this same folder, Forensic Examiner O'Sullivan located images that appeared similar to those ones that Martin/Auteberry sent to the minors during his chats (specifically, images of a young male's penis and body).

43. While conducting the investigation, AUTEBERRY requested his medication. He was allowed to take his medication and told agents that he took more than the prescribed dosage. As a result of his statements and apparent physical reaction to this medication, AUTEBERRY was taken to Carle Hospital in Urbana, Illinois, where he was treated briefly, monitored and discharged.

FURTHER AFFIANT SAYETH NOT.

s/Harvey Petry

------------------------------------
Harvey Petry, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 2nd day of May 2014.

s/Harold A. Baker

------------------------------------
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

14